JUL-08-2008 05:52 PM    Myers & Galiardo LLP        2129866250                          P. 2
JUL-07-2008 12:34       D&T                                                             P.02

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
UNITED STATES OF AMERICA                    :
                                            :   NOTICE OF INTENT
        v.                                  :   TO FILE AN INFORMATION
                                            :
CONROY WILLIAMS,                            :   08 CRIM 690
 a/k/a "Military Man,"                      :
                                            :   JUDGE LYNCH
            Defendant.                      :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          July 8, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     _____
                                Michael M. Rosensaft
                                Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By:     _____
                                Stanislao A. German, Esq.
                                Attorney for Conroy Williams

[SDNY / ELECTRONICALLY FILED stamp]