```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
          -v.-                      :      08 Cr.  690
                                    :
CONROY WILLIAMS,                    :
   a/k/a "Military Man,"            :
                                    :
                    Defendant.      :
- - - - - - - - - - - - - - - - - -x
```

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



                                                _C. Williams_____
                                                Defendant

                                                Witness

                                                Counsel for Defendant

Date:    New York, New York
          July 25, 2008