

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :      **INFORMATION**

   - v. -      :

                                     08 Cr.

CONROY WILLIAMS,      :
 a/k/a "Military Man,"

                     :
             Defendant.

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1. From at least in or about March 2008, up to and including in or about April 2008, in the Southern District of New York and elsewhere, CONROY WILLIAMS, a/k/a "Military Man," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CONROY WILLIAMS, a/k/a "Military Man," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, less than 50 kilograms of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(D).

<u>Overt Acts</u>

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about January 15, 2008, a co-conspirator not named herein ("CC-1") met with another co-conspirator not named herein ("CC-2") in the Bronx to discuss an amount of money that CC-1 owed CC-2 for a shipment of marijuana.

    b. On or about April 4, 2008, WILLIAMS spoke by phone to another co-conspirator not named herein about a sale of marijuana.

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, CONROY WILLIAMS, a/k/a "Military Man," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CONROY WILLIAMS,

Defendant.

INFORMATION

08 Cr.

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.