

# SG STANISLAO A. GERMAN

ATTORNEY AT LAW

CHANIN BUILDING
122 EAST 42ND ST., SUITE 2710
NEW YORK, NEW YORK 10168
TELEPHONE: (212) 986-6776
FACSIMILE: (212) 986-6250

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

August 28, 2008

BY HAND:

Honorable Gerard E. Lynch
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 910
New York, NY 10007

RECEIVED AUG 29 2008 CHAMBERS OF GERARD E. LYNCH

Re: The United States of America v. Conroy Williams
    08 Cr 00690 (GEL)

MEMO ENDORSED

Your Honor:

We are writing as counsel to Mr. Williams, the defendant in the above referenced matter. Mr. Williams pled guilty before Your Honor on July 25th, 2008, pursuant to a plea agreement with the government. At the time of the plea we requested an *expedited* pre-sentence investigation, which the Court granted and the matter was adjourned to September 12th, 2008, for sentence.

On August 11th, 2008, we were contacted by the United States Probation department to schedule an interview with Mr. Williams; the meeting was scheduled for August 13th, 2008, due to the expedited Order of the Court and because defense counsel would be on vacation from August 14th, 2008, through August 23rd, 2008, and the probation officer was unavailable beginning August 22nd, 2008. On August 13th, however, we were denied entry into the MDC because of an unrelated incident at the jail involving several inmates. As such, the interview has been rescheduled until after Labor Day.

Due to the delay in interviewing Mr. Williams for his pre-sentence report, we must request an adjournment of the scheduled sentence date of September 12th, 2008. [handwritten: to October 3 at 3:00 p.m.] After conferring with the probation department and the government, all parties would request either the morning of September 26th, 2008, or the afternoon of October 3rd, 2008, if either date is convenient for the Court.

Thank your for your attention to this matter.

*[signature]*
SO ORDERED
9/2/08

Very truly yours,

*[signature]*
Stan A. Germán

cc: By Hand: AUSA Michael M. Rosensaft